IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FELICIA M. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 20-613-GCS |
| ) | |
| CHET L. SHAFFER AND THE ) | |
| COUNTY OF FRANKLIN, ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## *ENTRY OF APPEARANCE*

NOW Comes Attorney Joseph A. Bleyer of the Law Firm of Bleyer and Bleyer and enters his appearance as counsel of record on behalf of the Defendant, The County of Franklin, Illinois.

           BLEYER and BLEYER

           S/Joseph A. Bleyer
           Attorney Registration No. 6193192
           Attorneys for Defendant, The County of
           Franklin, Illinois

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:  (618) 997-1331
Fax:  (618) 997-6559
e-mail:  *jableyer@bleyerlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I electronically filed an Entry of Appearance on behalf of The County of Franklin, Illinois, with the Clerk of the court using CM/ECF System which will send notifications of such filing to the following:

>G. PATRICK MURPHY
>MURPHY & MURPHY, LLC
>3415 OFFICE PARK DRIVE, SUITE D
>MARION, IL 62959
>gpatrick@murphymurphyllc.com

I hereby certify that on July 27, 2020, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>None

>S/Joseph A. Bleyer

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618) 997-1331
Fax:         (618) 997-6559
e-mail:      *jableyer@bleyerlaw.com*