# Joseph A. Bleyer

**From:** Joseph A. Bleyer <jableyer@bleyerlaw.com>
**Sent:** Wednesday, September 09, 2020 9:39 AM
**To:** G. PATRICK MURPHY (patrick@murphymurphyllc.com)
**Cc:** TERRY M. GREEN (terrymgreenattorney@mchsi.com)
**Subject:** Hill v Franklin County

*Joseph A. Bleyer*
BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, Illinois 62959-0487
Telephone: (618) 997-1331
Fax: (618) 997-6559
Cell: (618) 525-7366
e-mail: jableyer@bleyerlaw.com

The information contained in this electronic message may contain confidential, privileged information. It is intended solely for the addressee(s) hereof. If this transmission is received in error, please delete the message immediately, without review, copying, printing, or retransmission and notify us by return email or by fax at 618-997-6559. If this electronic message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or attachments may not have been produced by Bleyer and Bleyer. This notice is automatically appended to each electronic message or electronic fax message leaving this company.

# BLEYER AND BLEYER
## ATTORNEYS AT LAW

**JAMES B. BLEYER**
jbbleyer@bleyerlaw.com
**JOSEPH A. BLEYER**
jableyer@bleyerlaw.com

601 WEST JACKSON STREET-POST OFFICE BOX 487
MARION, ILLINOIS 62959-0487
TELEPHONE: (618)997-1331
FAX: (618)997-6559

September 8, 2020

Mr. G. Patrick Murphy
Murphy & Murphy
3415 Office Park Drive
Suite D
Marion, IL 62959-6478

Dear Mr. Murphy:

    Re:    **Insured:**    **Franklin County, Illinois**
            **Plaintiff:**    **Felicia Hill**
            **Date of Loss:**    **August 5, 2019**

This will confirm our conversation September 4, 2020, at which time we settled all the claims by Felicia Hill against Franklin County for the sum of $75,000.00. It is my understanding you are going to proceed with your claim against Chet Shaffer.

I have ordered my settlement draft. Upon its receipt, I will forward it to you.

At your request, I will forward to you the Release to be executed by Felicia Hill.

Your courtesy and cooperation are appreciated.

Yours very truly,

BLEYER AND BLEYER

*Joseph A. Bleyer*
Joseph A. Bleyer

JAB:rbm

cc:    Mr. Terry M. Green