IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Felicia M. Hill,

    Plaintiff,

v.

Chet Shaffer, Franklin County Sheriff's Department, Sheriff David Bartoni, and Franklin County, Illinois,

    Defendants.

Case No. 20 CV 613

## Affidavit of Felicia Hill

Plaintiff Felicia M. Hill, being an adult under no disability and fully competent to execute this Affidavit, under oath makes the following statement:

1. I am the Plaintiff in this pending matter.
2. I previously retained the law firm of Lawler Brown to represent me relating to my claims against Defendants.
3. Prior to September 6, 2020, I was made aware that the defense attorney wanted to discuss settling this litigation.
4. On Sunday, September 6, 2020, I terminated my relationship with the law firm of Lawler Brown.
5. At no time did I speak to Attorney G. Patrick Murphy about settlement.
6. At no time was I made aware of any of the terms of any settlement relating to this litigation.
7. At no time was I made aware of the scope of any settlement relating to this litigation, such as which claims or defendants would be subject to dismissal or which could continue.



Initials

8. At no time did I sign any agreement to settle this litigation.

9. At no time was I provided a copy of any proposed settlement agreement for this litigation.

FURTHER AFFIANT SAITH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Felicia Hill

Date: 8/9/2021