IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FELICIA M. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 20-613-GCS |
| ) | |
| CHET SHAFFER, FRANKLIN ) | |
| COUNTY SHERIFF'S OFFICE, ) | |
| SHERIFF DAVID BARTONI, AND ) | |
| THE COUNTY OF FRANKLIN, ) | |
| ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

### *STIPULATION SELECTING MEDIATOR*

IT IS HEREBY STIPULATED AND AGREED that Stephen C. Williams has been selected, contacted and has agreed to serve as Mediator for this action. The Mediator's contact information is as follows:

> Stephen C. Williams
> Kuehn, Beasley & Young, P.C.
> 23 South 1st Street
> Belleville, IL 62220
> (618)277-7260
> swilliams@kuehnlawfirm.com

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mandatory Mediation Session and additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mandatory Mediation Session and all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

DATED: MARCH 1, 2022

        HALE & MONICO

        S/Shawn W. Barnett (w/permission)
        Attorneys for Plaintiff, Felicia M. Hill


        TERRY M. GREEN
        ATTORNEY AT LAW

        S/Terry M. Green (w/permission)
        Attorney for Defendant, Chet Shaffer


        BLEYER and BLEYER

        S/Joseph A. Bleyer
        Attorneys for Defendants,
        Franklin County Sheriff's Office,
        Sheriff David Bartoni, and
        The County of Franklin, Illinois

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618) 997-1331
Fax: (618) 997-6559
e-mail: *jableyer@bleyerlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I electronically filed a Stipulation Selecting Mediator, on behalf of Franklin County Sheriff's Office, Sheriff David Bartoni, and The County of Franklin, Illinois with the Clerk of the court using CM/ECF System which will send notifications of such filing to the following:

>SHAWN W. BARNETT
>HALE & MONICO
>53 WEST JACKSON, SUITE 337
>CHICAGO, IL 60604
>mso@halemonico.com
>sbarnett@halemonico.com
>
>TERRY M. GREEN
>ATTORNEY AT LAW
>1209 EAST MAIN STREET, SUITE A
>WEST FRANKFORT, IL 62896-1506
>terrymgreenattorney@mchsi.com

I hereby certify that on March 1, 2022, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>None

>S/Joseph A. Bleyer

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618) 997-1331
Fax:         (618) 997-6559
e-mail:      *jableyer@bleyerlaw.com*